and finished untill the last Election day in the morning being the .28. of may. 1679. my Selfe and one more man being imployed about it.

Taken upon Oath y$^e$ .26th of .11th m$^o$ 1679.

Before me Anthony Stoddard Commiss$^r$

Owned in Court Janu$^r$y .27th 1679. on his former Oath by Tho: Ghent attests J: Addington C.

Vera Copia . . . Js$^a$ Addington Cler.

### S. F. 1833.3

To the Honred County Court assembled at Boston .27 of January .1679.

John Williams craves the liberty of the law to appeale from the Jury's Verdict to the next Court of Assistants in the action between James Townsend plaintife and my Selfe Defendant. As witness my hand this 12: of February .1679.

of

the marke I W Williams

John

A true Coppie . . . Js$^a$ Addington Cler

The magnanimous tribute to impartiality with which Williams concluded his declaration did not impress the higher court sufficiently to counterbalance the appellant's failure to conform to legal practice. In the Records of the Court of Assistants, i. 155, we find the following entry:

John Willjams plaintiff in an Accion of Appeale ag$^t$ James Townsend deffend$^t$ from the Judgment of the County Court at Boston this Accion was Called no Reasons Appeard signed by a legall Atturney nor vnder y$^e$ plaintiffs hand the plaintiff was declard to be non suited & the deffendant to haue his Costs seven shillings.

Williams' letter of attorney to John Hoare is in S. F. 1833.9; Townsend's bills of costs are in S. F. 1833.18, 19.]

### PATTISHALL cont$^a$ DYER

Richard Pattishall plaint. cont$^a$ Giles Dyer Defend$^t$ in an action of the case for refuseing to deliver unto the plaint. or his Order two Sutes of Armour or Corslets according to attachm$^t$. . . . The Jury . . . found for the Defendant costs of Court allow$^d$ ten Shillings and ten pence.

Execution issued. 24$^o$ april. 1680.

### CLEMENT cont$^a$ MATHER

Elisabeth Clement Executrix of the last will of Augustin Clement plaint. cont$^a$ Timothy Mather Defend$^t$ The plaint. withdrew her Accion.